PHILLIP A. WILLIAMS, JR., et al., Appellants, *v.* HELEN M. GRIDLEY, Respondent.

*Williams* v. *Gridley*, 110 App. Div. 525, affirmed.
(Argued December 21, 1906; decided January 8, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1906, reversing a judgment in favor of plaintiffs entered upon the report of a referee, and granting a new trial in an action to recover for breach of contract.

*A. C. Stevens* and *B. J. Shove* for appellants.

*C. A. Hitchcock* for respondent.

Order affirmed and judgment absolute ordered against. appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.

---

GEORGE P. BUTLER, Appellant, *v.* RICHARD H. WRIGHT, Respondent.

(Submitted December 17, 1906; decided January 8, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 186 N. Y. 259.)